IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAGIR BHULLER, et. al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION and<br>GUIDANT SALES CORPORATION,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 06-0001221 |

## GUIDANT SALES CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a), Federal Rules of Civil Procedure, Defendant Guidant Sales Corporation, by counsel and its duly authorized agent, hereby notifies the Court that it is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., that its stock is not publicly traded, and that Guidant Corporation, a publicly held corporation, as the parent company of Cardiac Pacemakers, Inc., owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Carlos E. Provencio, Bar No. 461227
　　　　　　　　　　　　　　　　　　　600 14th Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　Telephone: (202) 783-8400
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:　(816) 474-6550
Telefax:　　(816) 421-5547

ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION AND
GUIDANT SALES CORPORATION

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing on Aaron M. Levine, Attorney for Plaintiffs, at Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, D.C. 20036, via Ordinary U.S. Mail this 15th day of March, 2006.

                                                      Carlos E. Provencio, Bar No. 461227
                                                      ATTORNEY FOR DEFENDANTS