IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAGIR BHULLER, et. al.,

    Plaintiffs,

vs.

GUIDANT CORPORATION and
GUIDANT SALES CORPORATION,

    Defendants.

CIVIL ACTION NO. 06-0001221

## GUIDANT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Guidant Corporation, by counsel and its duly authorized agent, hereby notifies the Court that it has no parent companies, that it is a publicly-held corporation, and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

_____
Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Telefax: (816) 421-5547

ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION AND
GUIDANT SALES CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing on Aaron M. Levine, Attorney for Plaintiffs, at Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, D.C. 20036, via Ordinary U.S. Mail this 15th day of March, 2006.

                                                                   _____
                                                               Carlos E. Provencio, Bar No. 461227
                                                               ATTORNEY FOR DEFENDANTS