IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAGIR BHULLER, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDANT CORPORATION and <br> GUIDANT SALES CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 06-00487 |

### NOTICE OF CERTIFICATE OF SERVICE

Notice is hereby given that on this day, March 21, 2006, Defendants Guidant Corporation and Guidant Sales Corporation filed with the court the Amended Certificate of Service to the Notice of Removal by Defendants submitted with the court on March 15, 2006.

                                                Respectfully submitted,

                                                _____/S/_____
                                          Carlos E. Provencio, Bar No. 461227
                                          SHOOK, HARDY & BACON L.L.P.
                                          600 14th Street, N.W., Suite 800
                                          Washington, D.C.  20005-2004
                                          Telephone:  (202) 783-8400
                                          Facsimile:  (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:     (816) 474-6550
Telefax:          (816) 421-5547

ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION AND
GUIDANT SALES CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via First Class United States Mail, postage prepaid, on all parties in accordance with the District of Columbia Rules of Civil Procedure on this 21st day of March 2006, addressed as follows:

Aaron M. Levine & Associates
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036

Attorneys for Plaintiffs

                                                                              /S/
                                              Carlos E. Provencio