IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAGIR BHULLER, et. al., | |
| Plaintiffs, | |
| vs. | CIVIL ACTION NO. 06-00487 |
| GUIDANT CORPORATION and GUIDANT SALES CORPORATION, | |
| Defendants. | |

## AMENDED CERTIFICATE OF SERVICE

I amend the certificate of service so as to say that I served a copy of the foregoing on Aaron M. Levine, Attorney for Plaintiffs, at Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, D.C. 20036, via fax on the 20th day of March, 2006.

Respectfully submitted,

_____/S/_____
Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:   (816) 474-6550
Telefax:     (816) 421-5547

ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION AND
GUIDANT SALES CORPORATION