# Exhibit C

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Guidant Corp. Implantable
Defibrillators Products Liability               MDL No. 1708
Litigation

### SIXTEENTH NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Guidant Corporation, Guidant Sales Corporation and Cardiac Pacemakers, Inc. hereby respectfully notify the Clerk of the Panel of potential tag-along actions as set forth below and state as follows:

1. By Motion to Transfer dated June 14, 2005, Plaintiff Darcy Munson sought consolidation and coordination of several actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated November 7, 2005, the Panel ordered that the actions subject to the Motion for Transfer be transferred to the District Court for the District of Minnesota and assigned to the Honorable Donovan W. Frank for coordinated and consolidated pretrial proceedings.

3. The following potential tag-along actions, like those actions identified in the original Schedule of Actions attached to Munson's Motion to Transfer, are pending in federal courts and involve allegations of injuries from cardiac medical devices:

- CALIFORNIA

      - *Draper vs. Guidant Corporation, et al.*; Case No. C-06-1797 (USDC ND CA) filed on March 8, 2006;

- **DISTRICT OF COLUMBIA**
  - *Bhuller, et al. vs. Guidant Corporation, et al.*; Case No. 1:06cv00487 (USDC DC) removed on March 15, 2006;

- **FLORIDA**
  - *Viera vs. Guidant Corporation, et al.*; Case No. 06-20622 (USDC SD FL) filed on March 10, 2006;

- **NEW YORK**
  - *Brown vs. Guidant Corporation, et al.*; Case No. 1:06-cv-01093 (USDC ED NY) filed on March 10, 2006;

- **PENNSYLVANIA**
  - *Paxson vs. Guidant Corporation, et al.*; Case No. 2:06-cv-01089 (USDC ED PA) filed on March 13 2006;

4.    Transfer of the potential tag-along actions to the District of Minnesota for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in this Panel's Transfer Order.

5.    Copies of the Complaints in these cases are attached hereto for the Panel's

convenience.

Respectfully submitted,

*Timothy A. Pratt* by Jane G. Bartley
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816:421-5547
tpratt@shb.com

**Counsel for Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Guidant Corp. Implantable
Defibrillators Products Liability           MDL No. 1708
Litigation

PROOF OF SERVICE

I hereby certify that on March 17, 2006, a copy of the Sixteenth Notice of Potential Tag-Along Actions was served on counsel listed below, via U.S. Mail.

_____Timothy A. Pratt_____ by Jane G. Bartley
Counsel for Defendants Guidant
Corporation, Cardiac Pacemakers, Inc. and
Guidant Sales Corporation

Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Phone: 612-341-0400
Fax: 612-341-0844
*Plaintiffs' Lead Counsel*

Richard Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 318-487-9874
Fax: 318-561-2591
*Planitffs' Lead Counsel*

Elizabeth Cabraser
LIEFF, CABRASER, HEMANN & BERNSTEIN, LLP
275 Battery Sreet, 30th Floor
San Francisco, CA 94111-3339
Phone: 415-956-1000
Fax: 415-956-1008
*Plaintiffs' Lead Counsel*

1922745v1

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street
New York, NY 10022
Phone: 212-838-3333
Fax: 212-838-3735
*Plaintiffs' Lead Counsel*

Steven L. Brown
Law Offices of Brown & Gessell
20 N. Sutter Street, Suite 301
Stockton, CA 95202
Phone: 209-430-5480
Fax: 209-466-5480
*Plaintiffs' Counsel in Draper vs. Guidant Corporation, et al.*

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, NW, Suite 500
Washington, D.C. 20036
Phone: 202-833-8040
*Plaintiffs' Counsel in Bhuller vs. Guidant Corporation, et al.*

Alex Alvarez
The Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134
Phone: 305-444-7675
Fax: 305-444-0075
*Plaintiffs' Counsel in Viera vs. Guidant Corporation, et al.*

Mitchell M. Breit
Tomasita L. Sherer
Milberg, Weiss, Bershad & Schulman
One Pennsylvania Plaza
New York, New York 10119
Phone: 212-594-5300
Fax: 212-868-1229
*Plaintiffs' Counsel in Brown vs. Guidant Corporation, et al.*

Tobias L. Millrood
Steven D. Resnick
Schiffrin & Barroway
280 King of Prussia Rd.

Radow, PA 19087
Phone: 610-667-7706
Fax: 610-667-7056
*Plaintiffs' Counsel in Paxson vs. Guidant Corporation, et al.*

1922745v1