## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAGIR BHULLER, et. al.,**

        Plaintiffs,

    vs.

**GUIDANT CORPORATION and
GUIDANT SALES CORPORATION,**

        Defendants.

**CIVIL ACTION NO. 06-487 (GK)**

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY

THIS CAUSE is before the Court on Defendants' Unopposed Motion to Stay All Proceedings Pending Transfer to MDL 1708. The Court has considered the motion, and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion is granted.

_____
Gladys Kessler
United States District Court Judge