A CERTIFIED TRUE COPY

APR 2 1 2006

ATTEST _Denise Morgan_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1708

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-10)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 110 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in ___2___ sheet(s)
of the electronic record filed on 4-25-06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 4-26, 2006.
RICHARD D. SLETTEN.
BY: _Phil Long_
Deputy Clerk

RECEIVED

MAY 1 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SCANNED
APR 2 5 2006
U.S. DISTRICT COURT MPLS

FILED
APR 2 5 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
MICT

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS
### DOCKET NO. 1708
### IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #          CASE CAPTION

**CALIFORNIA NORTHERN**
CAN 3   06-1797      Bruce Draper v. Guidant Corp., et al.      06-1564

**COLORADO**
CO   1   06-400      Matthew P. Oien v. Guidant Corp., et al.      06-1565

**DISTRICT OF COLUMBIA**
DC   1   06-487      Jagir S. Bhuller, et al. v. Guidant Corp., et al.      06-1566

**FLORIDA MIDDLE**
FLM 2   06-109      Cynthia Lamoureux v. Guidant Corp.      06-1567
FLM 2   06-110      William B. Harris, Jr. v. Guidant Corp.      06-1568

**FLORIDA SOUTHERN**
FLS   1   06-20622      Maria M. Viera, et al. v. Guidant Corp., et al.      06-1569

**ILLINOIS NORTHERN**
ILN   1   06-1228      Georgia L. Keene v. Guidant Corp.      06-1570

**INDIANA SOUTHERN**
INS   1   06-391      Judith King, etc. v. Guidant Corp., et al.      06-1571

**LOUISIANA WESTERN**
LAW 3   06-375      Oliver Brown v. Guidant Sales Corp., et al.      06-1572

**MAINE**
ME   2   06-50      J. Wesley Wakinson v. Guidant Corp.      06-1573

**NEW YORK EASTERN**
NYE 1   06-1093      Robert Brown, Jr., etc. v. Guidant Corp., et al.      06-1574
NYE 2   06-978      Edward Gratton, et al. v. Guidant Corp.      06-1575

**NEW YORK SOUTHERN**
NYS 7   06-1729      Alice J. Smith, etc. v. Guidant Corp., et al.      06-1576
NYS 7   06-1730      Anthony McHugh v. Guidant Corp., et al.      06-1577

**PENNSYLVANIA EASTERN**
PAE 2   06-1089      Diana Paxson, etc. v. Guidant Corp., et al.      06-1578

**WISCONSIN EASTERN**
WIE 2   06-264      Rodney Spielman v. Guidant Corp., et al.      06-1579
WIE 2   06-265      Dudley Evans v. Guidant Corp., et al.      06-1580
WIE 2   06-266      Robert Baxter v. Guidant Corp., et al.      06-1581