*United States District Court*
*District of Minnesota*
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

April 26, 2006

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1834 E. Barrett Prettyman U S Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

In re:   MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
         YOUR CASE NUMBER: C.A. No. 06-487   Bhuller  v. Guidant Corp
         DISTRICT OF MINNESOTA CASE NUMBER:   06-1566 DWF/AJB

Dear Ms. Nancy Mayer-Whittington :

   A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on April 25, 2006   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota.  The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings.  Please reference the case number assigned in this court on all correspondence or communications.

   Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415.  Communications regarding these actions should be directed to Ms. Mary Kaye Conery  or Ms. Lou Jean Gleason  at (612) 664-5000.  Should you have any questions please do not hesitate to call.

                                           Very truly yours,

                                           RICHARD D. SLETTEN, CLERK

                                           *Mary Kaye Conery* (signature)

                                           Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc:  Judge Donovan W. Frank
     Judicial Panel on Multidistrict Litigation

RECEIVED
MAY 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A CERTIFIED TRUE COPY
APR 21 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1708

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-10)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 110 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

RECEIVED
MAY 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in 2 sheet(s) of the electronic record filed on 4-25-06 in the United States District Court for the District of Minnesota.
CERTIFIED, 4-26, 2006.
RICHARD D. SLETTEN.
BY: _____
Deputy Clerk

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS

FILED
APR 25 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
MPLS

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3   06-1797 | Bruce Draper v. Guidant Corp., et al. | 06-1564 |
| **COLORADO** | | |
| CO  1   06-400 | Matthew P. Oien v. Guidant Corp., et al. | 06-1565 |
| **DISTRICT OF COLUMBIA** | | |
| DC  1   06-487 | Jagir S. Bhuller, et al. v. Guidant Corp., et al. | 06-1566 |
| **FLORIDA MIDDLE** | | |
| FLM 2   06-109 | Cynthia Lamoureux v. Guidant Corp. | 06-1567 |
| FLM 2   06-110 | William B. Harris, Jr. v. Guidant Corp. | 06-1568 |
| **FLORIDA SOUTHERN** | | |
| FLS 1   06-20622 | Maria M. Viera, et al. v. Guidant Corp., et al. | 06-1569 |
| **ILLINOIS NORTHERN** | | |
| ILN 1   06-1228 | Georgia L. Keene v. Guidant Corp. | 06-1570 |
| **INDIANA SOUTHERN** | | |
| INS 1   06-391 | Judith King, etc. v. Guidant Corp., et al. | 06-1571 |
| **LOUISIANA WESTERN** | | |
| LAW 3   06-375 | Oliver Brown v. Guidant Sales Corp., et al. | 06-1572 |
| **MAINE** | | |
| ME  2   06-50 | J. Wesley Wakinson v. Guidant Corp. | 06-1573 |
| **NEW YORK EASTERN** | | |
| NYE 1   06-1093 | Robert Brown, Jr., etc. v. Guidant Corp., et al. | 06-1574 |
| NYE 2   06-978 | Edward Gratton, et al. v. Guidant Corp. | 06-1575 |
| **NEW YORK SOUTHERN** | | |
| NYS 7   06-1729 | Alice J. Smith, etc. v. Guidant Corp., et al. | 06-1576 |
| NYS 7   06-1730 | Anthony McHugh v. Guidant Corp., et al. | 06-1577 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2   06-1089 | Diana Paxson, etc. v. Guidant Corp., et al. | 06-1578 |
| **WISCONSIN EASTERN** | | |
| WIE 2   06-264 | Rodney Spielman v. Guidant Corp., et al. | 06-1579 |
| WIE 2   06-265 | Dudley Evans v. Guidant Corp., et al. | 06-1580 |
| WIE 2   06-266 | Robert Baxter v. Guidant Corp., et al. | 06-1581 |