06-487 (GK)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery 5/15<br>C. Signature: X Sara Brennan  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>FOR THE DISTRICT OF<br>MINNESOTA<br>300 S. FOURTH ST., RM 202<br>MINNEAPOLIS, MN 55415<br>ATTENTION: MS. MARY KAYE CONERY | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0000 7772 4336 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

RECEIVED
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT